456 A.2d 1088

Commonwealth v. Anderson, Appellant.

Argued October 12, 1982. Clifford J. Kirvan, for appellant; Joseph E. Altomare, for Commonwealth, appellee.

Before CERCONE, P.J., and WIEAND and BECK, JJ.

Case transferred to Commonwealth Court.